IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| GARY A. WILMER,<br>*Plaintiff,* | CIVIL NO. 6:07cv0002 |
| v. | ORDER |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,<br>*Defendant* | JUDGE NORMAN K. MOON |

On March 22, 2007, I referred this case to the Honorable Michael F. Urbanski, United States Magistrate Judge, for proposed findings of fact and a recommended disposition. The parties subsequently filed cross motions for summary judgment and on January 8, 2008, the Magistrate Judge filed a Report and Recommendation ("Report"). In the Report, Judge Urbanski recommended that the defendant's motion for summary judgment (docket entry no. 14) be granted. After a review of the entire record in this case, and no objection having been filed to the Report within ten days of its service upon the parties, I adopt the Report in its entirety.

Accordingly:

1. the January 8, 2008 Report shall be, and it hereby is, ADOPTED in its entirety;

2. Plaintiff's motion for summary judgment (docket entry no. 12) is hereby DENIED;

3. Defendant's motion for summary judgment (docket entry no. 14) is hereby GRANTED;

4. the Commissioner's final decision is hereby AFFIRMED; and

5. this case is hereby DISMISSED and STRICKEN from the Court's docket.

The Clerk of the Court hereby is directed to send a certified copy of this Order to all counsel of record.

It is so ORDERED.

ENTER: This 13th day of March, 2008.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE